```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY WEST, *on behalf of herself and all others similarly situated*,

      Plaintiff,

  -against-

FAB DOG INCORPORATED,

      Defendant.

20-cv-3596 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

  Plaintiff initiated this action by filing a complaint on May 8, 2020 [ECF #1].  She filed proof of service on May 18, 2020 [ECF #5].  Plaintiff then requested an extension of time for Defendant to answer, until August 8, 2020, and the Court granted that request [ECF #6, 7].  To date, however, Defendant has not answered the complaint or otherwise appeared in this action, and Plaintiff has not moved for a default judgment.

  Accordingly, IT IS HEREBY ORDERED that any motion for a default judgment shall be filed by November 6, 2020.  Plaintiff is directed to follow the procedures applicable to default judgments in the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.  Failure to move for a default judgment by November 6, 2020 may result in dismissal of this action for failure to prosecute.

**SO ORDERED.**

Date: October 28, 2020
    New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**